**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7037**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

DAVID SANJURJO, a/k/a Mickey,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:98-cr-00338-REP-1)

Submitted:  September 24, 2013       Decided:  September 27, 2013

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Sanjurjo, Appellant Pro Se.  Benjamin L. Hatch, Assistant United States Attorney, Norfolk, Virginia; Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Sanjurjo appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Sanjurjo</u>, No. 3:98-cr-00338-REP-1 (E.D. Va. May 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>